**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| Jonathan A. Winter,<br>Charlie Q. Winter, and<br>Rebecca E. Moore,<br><br>        Plaintiffs,<br>  v.<br>United Healthcare<br>Oxford Health Plans LLC<br>Oxford Health Insurance, Inc.,<br>        Defendants. | Civil Action No:3:23-cv-00523<br>**Jury Trial Demanded** |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) Plaintiffs Jonathan Winter, Charlie Winter and Rebecca Moore ("Plaintiffs") hereby notify the court that this action is dismissed with prejudice with each party to bear their own costs and fees pursuant to a settlement agreement between all Plaintiffs and all Defendants.

Date: August 18, 2023

Respectfully submitted,

/s/Jonathan A. Winter
Jonathan A. Winter
St. Onge Steward Johnston & Reens LLC
986 Bedford St
Stamford CT 06905
Jwinter@ssjr.com
203-541-4520
*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing will be served via email on all Defendants to the following individuals who are authorized to accept service of this document:

Aimée T. Reed
Legal Services Consultant, Litigation
UnitedHealthcare
phone: (952) 202-6743
fax: (855) 858-6169
aimee_t_reed@uhc.com

Ryan C. Wong
5701 Katella Ave
Cypress, CA 90630
Ryan_c_wong@uhc.com
714-226-4619

August 18, 2023              /s/Jonathan A. Winter
                             Jonathan A. Winter